UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

        v.        10-mc-26-PB

<u>Joseph DiRienzo</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 23, 2010, no objection having been filed. The taxpayer, Joseph DiRienzo, is ordered to obey the summons and he is ordered to appear on June 18, 2010 at 9:00 a.m. at 719 No. Main Street, Laconia, New Hampshire, before David Kalinowski, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of November 2, 2009. It is further recommended that the government be awarded its costs.

    SO ORDERED.

June 3, 2010                                            /s/Paul J. Barbadoro
                                                                  Paul J. Barbadoro
                                                                  United States District Judge

cc:    Gretchen Witt, AUSA
        Joseph DiRienzo